1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14
15

| | |
|---|---|
| JIM FERGUSON, | ) CV 08-06951-RSWL (SH) |
| | ) |
| | ) ORDER ACCEPTING |
| Petitioner, | ) REPORT AND RECOMMENDATION |
| | ) OF UNITED STATES |
| v. | ) MAGISTRATE JUDGE |
| | ) |
| JOHN MARSHALL, WARDEN, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of any portions of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation to which

///
///
///

1

1  objection has been made. The Court concurs with and adopts the conclusions of the
2  Magistrate Judge.
3
4  DATED: March 23, 2009
5
6                                      RONALD S.W. LEW
7                                     _____
                                       HONORABLE RONALD S.W. LEW
8                                      Senior, U.S. District Court Judge