UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JIM FERGUSON, | ) CV 08-06951-RSWL (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: March 23, 2009

RONALD S.W. LEW

_____

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge

1